

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| El Paso Healthcare System, Ltd. and Sun Towers/Vista Hills both d/b/a Las Palmas Medical Center, | § | No. 08-14-00252-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| Bernadine Green, | § | (TC# 2012-DCV06063) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **January 9, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Francisco X. Dominguez, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before January 9, 2015.

IT IS SO ORDERED this 22nd day of December, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.